1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHERINE RIGGS,

        Plaintiff,                             No. CIV S-08-1442 EFB

    vs.

MICHAEL J. ASTRUE,                  ORDER
Commissioner of Social Security,

        Defendant.
                                    /

       Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

       In the caption of plaintiff's motion to proceed *in forma pauperis*, she indicates that "Marshal Service is not requested." The court construes this to mean that plaintiff and her counsel will ensure that service is properly effected on defendant. *See* Fed. R. Civ. P. 4.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff's request to proceed *in forma pauperis* is granted; and,

       2. The Clerk of the Court is directed to serve on plaintiff's counsel a summons, the complaint, a form for consent to a magistrate judge, and this court's scheduling order in Social

1

1  Security cases.  Plaintiff shall serve those items on defendant forthwith.

2  DATED: July 7, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE