1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5    333 Market Street, Suite 1500
     San Francisco, California 94105
6    Telephone:  (415) 977-8943
     Facsimile:  (415) 744-0134
7    E-Mail: Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11                **SACRAMENTO DIVISION**

12

13 CATHERINE RIGGS,              )
                                 )    CIVIL NO. 2:08-CV-1442 EFB
14          Plaintiff,           )
                                 )
15          v.                   )    STIPULATION AND ORDER FOR
                                 )    EXTENSION OF TIME
16 MICHAEL J. ASTRUE,            )
   Commissioner of              )
17 Social Security,              )
                                 )
18          Defendant.           )
   _____)

19

20        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

22 motion for summary judgment, to allow for Defendant's further review of the case in light of the

23 arguments for remand presented in Plaintiff's motion.  The current due date is December 29, 2008.  The

24 new due date will be January 28, 2009.

25

26

27

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 29, 2008            /s/ Henry Reynolds
                                    (As authorized via email)
                                    HENRY REYNOLDS
                                    Attorney for Plaintiff

Dated: December 29, 2008            McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration


                                    /s/ Jacqueline A. Forslund
                                    JACQUELINE A. FORSLUND
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant


                                    ORDER

APPROVED AND SO ORDERED.

DATED:  December 30, 2008.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time