1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California  94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail:  Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## **SACRAMENTO DIVISION**

| | |
|---|---|
| CATHERINE MARY RIGGS,         )<br>                               )<br>     Plaintiff,              )<br>                               )<br>         v.                  )<br>                               )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of              )<br>Social Security,             )<br>                               )<br>     Defendant.              )<br>_____) | CIVIL NO. 2:08-CV-1442 (EFB)<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Administrative Law Judge will be directed to:  update the record and offer Plaintiff an opportunity for a new hearing; properly consider the record, including the opinion of Phyllis Thurstone, M.D., and Plaintiff's psychiatric records; and properly consider Plaintiff's subjective complaints and the statement of Sheryl Mallory.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: January 21, 2009

*/s/Henry Reynolds*
(As authorized via email on 01/21/09)
HENRY REYNOLDS
Attorney for Plaintiff

Dated: January 27, 2009

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: January 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE