1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CATHERINE RIGGS, | CIVIL NO. 2:08-CV-1442 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND FIVE HUNDRED dollars and 00 cents ($5,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND FIVE HUNDRED dollars and 00 cents ($5,500.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March 5, 2009　　　　　　　　*/s/ Henry Reynolds*
　　　　　　　　　　　　　　　　　　(As authorized via e-mail on 03/05/09)
　　　　　　　　　　　　　　　　　　HENRY REYNOLDS
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 5, 2009　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　LUCILLE GONZALES MEIS
　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　*/s/ Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED.**

DATED: March 16, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE